

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br>vs.<br><br>CARLOS RODRIGUEZ-CASTRO<br><br>        Defendant | CASE NO. 12CR4478-JLS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 11/13/14

HONORABLE MITCHELL D. DEMBIN
United States Magistrate Judge